UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO. 6-24-CR-174-JSS-LHP
                                  18 U.S.C. § 1382
                                  18 U.S.C. § 1361
                                  18 U.S.C. § 13

KRISHNA JADE JANOSKY

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 7, 2024, in the Middle District of Florida, the defendant,

KRISHNA JADE JANOSKY,

did go upon Patrick Space Force Base, a military installation within the jurisdiction of the United States, for a purpose prohibited by law and lawful regulation, namely without authorization, without proper identification credentials, and contrary to a properly issued order, which is prohibited by 32 C.F.R. § 809(a)(3), a lawful regulation.

All in violation of 18 U.S.C. § 1382.

## COUNT TWO

On or about February 7, 2024, in the Middle District of Florida, on Patrick Space Force Base, military property within the special territorial jurisdiction of the United States, the defendant,

KRISHNA JADE JANOSKY,

did obtain and use a white 2023 Kia Sportage, a motor vehicle belonging to A.L., with the intent to either temporarily or permanently appropriate the vehicle to her own use, knowing that she was not entitled to the use of the property.

In violation of 18 U.S.C. § 13 (assimilating Fla. Stat. § 812.014(2)(c)).

## COUNT THREE

On or about February 7, 2024, in the Middle District of Florida, on Patrick Space Force Base, military property within the special territorial jurisdiction of the United States, the defendant,

KRISHNA JADE JANOSKY,

did willfully flee and attempt to elude a law enforcement officer in an authorized law enforcement patrol vehicle, with agency insignia and other jurisdictional markings prominently displayed on the vehicle, with siren and lights activated, and in the course of fleeing drove at high rate of speed and in a manner demonstrating a wanton disregard for the safety of persons and property.

In violation of 18 U.S.C. § 13 (assimilating Fla. Stat. § 316.1935(3)(a)).

## COUNT FOUR

On or about February 7, 2024, in the Middle District of Florida, the defendant,

KRISHNA JADE JANOSKY,

did willfully injure and commit depredation against property of the United States, to wit, a Patrick Space Force Base flightline gate, and did cause damage to such property exceeding the sum of $1,000.

In violation of 18 U.S.C. § 1361.

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Rachel S. Lyons
Special Assistant United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

KRISHNA JANOSKY

## INDICTMENT

Violation:

18 U.S.C. § 1361
18 U.S.C. § 1382
18 U.S.C. § 13

A true bill.

_____
Foreperson

Filed in open court this 26th day of June, 2024.

_____
Clerk

Bail   $_____

GPO 863 525